# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | |
|---|---|
| **HICKORY SPRINGS MANUFACTURING COMPANY and FACTORY MUTUAL INSURANCE COMPANY,** ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO.: |
| **STAR PIPE PRODUCTS, LTD.,** ) ) | 1:12-cv-00161-MPM-DAS |
| Defendant. ) ) ) | |

### NOTICE OF SERVICE OF SUPPLEMENT TO
### RULE 26 EXPERT DISCLOSURE OF ROBBIE BRANNON, CPA

NOTICE IS HEREBY GIVEN that the Plaintiffs, Hickory Springs Manufacturing Company and Factory Mutual Insurance Company, did serve on May 17, 2013 in the above-styled cause a supplement to the *Rule 26 Expert Disclosure of Robbie Brannon, CPA*.

Pursuant to the Federal Rules, the undersigned has retained a copy of the above-referenced document as custodian thereof.

Respectfully submitted this the 17th day of May, 2013.

312721.1

       /s/ Kenneth S. Schrupp
Jefferson C. Orr    (TN Bar No. 12743)
jorr@smithcashion.com
Kenneth S. Schrupp   (TN Bar No. 15648)
kschrupp@smithcashion.com
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201
Telephone:   (615) 742-8555
Facsimile:   (615) 742-8556

Thad J. Mueller   (MS Bar No. 10058)
thad@tjmuellerlaw.com
112 East Bankhead Street, Suite A
New Albany, Mississippi 38652
Telephone:   (662) 534-6326
Facsimile:   (662) 534-5205

*Attorneys for Plaintiffs*

312721.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on this the 17th day of May, 2013, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record as listed below.

Michael F. Myers
mmyers@curriejohnson.com
CURRIE, JOHNSON, GRIFFIN,
 GAINES & MYERS, P.A.
1044 River Oaks Drive
Jackson, Mississippi 39232

                /s/ Kenneth S. Schrupp

312721.1